# KAISER SAURBORN & MAIR, P.C.
## COUNSELORS AT LAW

111 Broadway  
New York, NY 10006  
Tel  212 338 9100  
Fax  212 338 9088  
www.ksmlaw.com

December 12, 2012

**VIA EMAIL**
Bettina B. Plevan, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036-8299

Re:    Kathleen Mullinix v. Mount Sinai School of Medicine

Dear Betsy:

This will confirm that: (1) you are authorized to, and have, accepted service of the summons and complaint in the above referenced action; and (2) we have agreed that the defendant's time to answer or otherwise move with respect to the complaint shall be February 4, 2013.

Please sign this letter where indicated below to confirm your agreement with the foregoing.

Very truly yours,

David N. Mair

The foregoing terms are agreed to and
accepted on behalf of the Defendant

Bettina B. Plevan, Esq.