PROSKAUER ROSE LLP
Bettina B. Plevan, Esq.
Harris M. Mufson, Esq.
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3065
Facsimile: 212.969.2900
bplevan@proskauer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KATHLEEN MULLINIX

Plaintiff,

-against-

MOUNT SINAI SCHOOL OF MEDICINE,

Defendant.

---------------------------------------------------------- x

No. 12 Civ. 8659 (PKC)

**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the annexed declaration of Bettina B. Plevan dated December 20, 2013 and all the exhibits attached thereto, the accompanying Memorandum of Law in Support of Defendant's Motion For Summary Judgment dated December 20, 2013 and all prior proceedings in this action, Defendant will move this Court, before the Honorable P. Kevin Castel, at the United States Court House, 500 Pearl Street, New York, NY 10007, at a date and a time to be set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) dismissing Plaintiff's complaint in its entirety on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law; and (ii) awarding Defendant such other relief as the Court may deem just and proper.

Dated: New York, New York
December 20, 2013

PROSKAUER ROSE, LLP

By: [signature]
Bettina B. Plevan
Harris M. Mufson
Eleven Times Square
New York, New York 10036
(212) 969-3000

*Attorneys for Defendant*

TO: David N. Mair
Kaiser Saurborn & Mair, P.C.
111 Broadway, 18th Floor
New York, New York 10006
(212) 338-9100
*Attorneys for Plaintiff*