# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x
KATHLEEN MULLINIX,

Plaintiff,

-against- 12 Civ 8659 (PKC)

MOUNT SINAI SCHOOL OF MEDICINE,

Defendants.
- - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION of DENNIS STUART CHARNEY, taken by Plaintiff, pursuant to Agreement, held at the offices of Kaiser, Saurborn & Mair, P.C., 111 Broadway, New York, New York, on Thursday, October 3, 2013, commencing at 10:00 a.m., before Margaret M. Harris, a Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

MD?

A 1977.

Q What is your date of birth?

A March 31, 1951.

Q Did you do anything to prepare for today's deposition?

A I had a meeting with the attorneys.

Q With Betsy Plevan?

A Yes.

Q Anybody else present for that?

A Marina Lowy.

Q Anybody else?

A No.

Q When was the meeting?

A Yesterday.

Q For how long did it last?

A Approximately an hour and 45 minutes.

Q Was it at your office?

A Yes.

Q Other than that meeting, did you do anything else to prepare for today's deposition?

interactions you had had?

A We would meet to discuss the activities of the office.

Q Did Dr. McGrath report to you prior to 2007?

A I'm not positive on that. He may have had a direct report to Ken Davis at that point before I became dean, but I'm not sure.

Q Did you have any supervisory role with respect to OTBD prior to becoming dean?

A I was involved in hearing about the activities of the office and providing input.

Q Providing input to whom?

A To Pat McGrath.

Q Prior to becoming dean, did you form an opinion as to how well Dr. McGrath was performing his role as director of OTBD?

A I had some concerns.

Q What were those concerns prior to becoming dean?

A I had concerns about how he interacted with the faculty.

Q Any other concerns?

Charney

A That was my primary concern.

Q And when you say that you had concerns about how he interacted with the faculty, can you explain what you mean by that?

A I was concerned about his interpersonal interactions with them, educating them on the issues related to invention and discovery, disclosures, commercialization of science.

Q While you were dean, did you continue to have those concerns about Dr. McGrath's performance?

A Yes.

Q Did those concerns increase?

MS. PLEVAN: Object to the form, but you can answer.

A They continued I think is the most accurate way to put it.

Q Did you have concerns about any other aspects of Dr. McGrath's handling of his position while you were dean?

A I had operational concerns on how the office was being run.

Q What were those operational

concerns?

A There was a lot of turnover in the office. There was reliance on a few individuals, excessive reliance on a few individuals.

Q Did you think that Dr. McGrath was doing a good job of commercializing the technology of faculty members?

A Could you rephrase that?

That's such an open-ended question. It's hard to answer.

Q Well, was the remit of OTBD to try to commercialize the inventions and technology that was produced as a result of the mission of the university or the medical school?

MS. PLEVAN: Object to the form.

A I'm still not clear about your question.

Q Let me put it this way.

Tell me what the mission of OTBD was during Dr. McGrath's era.

A The mission includes education of faculty regarding issues related to intellectual

property, value of inventions.

It includes identifying inventions that have the potential for commercialization.

It includes interaction with potential business partners to move a discovery toward commercialization.

Q And did you believe that Dr. McGrath was doing a good job in any of those categories?

MS. PLEVAN: As of what time?

Q As of any point during your tenure as dean, so from 2007 onwards.

A I was concerned about his performance in each of those categories.

Q At what point did you make the decision that you wanted to remove Dr. McGrath as head of OTBD?

A I don't remember the exact date.

Q Approximately when?

A It would be just speculation. I can't be really that accurate.

Q Then let's approach it

differently.

How long before the point in time that you did remove Dr. McGrath as director for OTBD did you first start considering removing him?

A I think the best way to characterize it is that it was a progressively increasing concern about his performance that ultimately led to his removal when we did it.

Q Was it your decision to remove him as director?

A My memory is that it was a group decision among myself and Ken Davis.

Q Your memory is that it was a joint decision between the two of you?

A Correct.

Q Formally within your organization, who had decision-making authority over that decision?

A Generally, Ken Davis and I make decisions like this together jointly.

Q You are saying that as a matter of practice that's how things generally happen?

A Yes.

Charney

MS. PLEVAN: Object to the form.

A I don't remember the specifics of how we got the feedback about the decision to remove Pat McGrath.

Q At the time you decided to remove Dr. McGrath, did you offer the position of interim director to Dr. Mullinix?

A Can you be more specific about the timing?

Q Well, did you, let's start with this.

Did you at some point in time offer the position of interim director of OTBD to Dr. Mullinix?

A Yes.

Q Tell me the timing relationship of making that offer to the point in time that Dr. McGrath was removed.

MS. PLEVAN: Object to the form.

A I don't remember the exact timing.

Q Did you make that offer to Dr.

Mullinix before you informed Dr. McGrath that he was being removed?

A My memory is that I did not.

Q It's your memory today that you informed Dr. McGrath that he was being removed before making the offer to Dr. Mullinix; is that your testimony?

A That's my current memory.

Q When you offered the position of interim director to Dr. Mullinix, did she tell you that she did not want to take on the role as an interim role, but would be happy to take it on as a permanent director position?

A My memory is that she did not want the interim title associated with the position, so that was part of our discussion in her taking on the position.

Q And how did that discussion conclude between you and Dr. Mullinix?

MS. PLEVAN: Object to the form.

A My memory is that we ultimately made her an offer that she accepted that included the title of director of the office.

Q So it's fair to say that at the conclusion of those discussions with Dr. Mullinix you offered her the permanent director position as opposed to an interim director position; is that correct?

MS. PLEVAN: Object to the form.

A I'm not sure what you mean by "permanent."

Q Well, you offered her the position of director on a permanent basis as opposed to an interim basis; isn't that true?

MS. PLEVAN: Object to the form.

A Again, I'm not sure what you mean by "permanent."

Q Well, Dr. Mullinix told you that she didn't want her title to be interim director, correct?

A Correct.

Q And you agreed with her that her title would be director rather than interim director?

A Yes.

Do you see that?

A (Perusing document.) Yes.

Q And you were referring to a search process for a vice president position that would ultimately head OTBD; is that correct?

A Correct.

Q How long prior to July 21, 2010 had you decided to undertake a search for the vice president position?

A I don't remember the time line.

Q Is it fair to say that the decision was made on or shortly before July 21, 2010?

A I just don't remember the time line.

Q Whose idea was it to create this vice president position?

A I don't remember who precisely came up with the idea of making the position a vice president position.

Q Was it your idea?

A I don't remember who first came up with the idea.

Q Who discussed the idea?
A At a minimum Ken Davis and I discussed the idea.
Q And when a decision was made to create the vice president position, whose decision was that?
A My memory is that it was a joint decision.
Q Between you and Ken Davis?
A Yes.
Q And just to be clear, you don't recall when in relation to July 21, 2010 that decision was made?
A Correct.
Q Did you have to go through any formal approval process within the institution to get approval to create that position?
A That I don't remember.
Q Given your knowledge of how the institution works, do you believe that this was a position that you and Dr. Davis acting alone could decide to create with no further approvals?
A I'm not positive, but I believe

Q Can you answer that question, please?

A My memory is that I would not have had a discussion, that I did not have a discussion that implied that the current position of Kathy Mullinix, as defined in the contract that we offered her and she signed, was interim.

Q So sitting here today it's your memory that you never had a conversation with Mr. McCooe in which you indicated to him that Dr. Mullinix's role was an interim role, correct?

A To repeat my answer, the role that we offered Kathy Mullinix and she accepted was not an interim position, and to my memory we never gave the impression that the role that she had was interim.

Q Okay.

Did you ever tell Mr. McCooe that Dr. Mullinix's role was that of an acting director?

A My answer is the same as the previous answer, that is the position that we

offered Kathy as director of the office was not an interim position and it was never an intention to imply that that position itself that she was offered and accepted was interim.

Q Did you go through any search process before offering Dr. Mullinix the position of director of OTBD?

A No, not to my memory.

Q Did you consider any other candidates for the position before making that offer to her?

A Not to my memory.

Q Why did you select Dr. Mullinix to make the offer to as director of OTBD?

A We made the offer to Kathy Mullinix as director of the office as defined in the offer that she accepted because, speaking for myself, I felt that she had strong credentials for that position and that it had been my impression that since she had joined Mount Sinai, to the point that we had to make the decision to create that position for her, that she had done a good job.

Q Now, is it fair that you

A Yes.

Q And you were referring, when you talked about recruiting a new chief, you were talking about recruiting the vice president, correct?

A Correct.

Q And essentially it was your idea that the vice president position would ultimately replace Dr. Mullinix as head of OTBD, correct?

MS. PLEVAN: Object to the form.

A My answer to that question goes back to the position that we offered Kathy Mullinix and she accepted, that that was a director position of the office. This is, the vice president is a new position.

Q And until the vice president was appointed, the director had overall responsibility for OTBD, correct?

A Yes.

MS. PLEVAN: Object to the form.

Q And it was your intention that

after the vice president position was filled, the vice president would have overall responsibility for OTBD from that point forward, correct?

A Correct.

Q And that anyone in the director position would report to the vice president, correct?

A Correct.

Q So is it fair to say that you saw the vice president position as being long term the position that would replace Dr. McGrath, who was the previous head of the office?

MS. PLEVAN: Object to the form.

A Correct.

Q Now, is it typical at Mount Sinai for positions such as the head of OTBD to be announced and sent to all the faculty at Mount Sinai?

MS. PLEVAN: Object to the form.

Q Let me try to rephrase it.

A Yes.

Charney

Q Is it typical for a position such as the head of OTBD to be announced internally at Mount Sinai in some form of internal announcement?

MS. PLEVAN: Object to the form.

A It would be typical when we make a recruitment in which the ultimate position has been filled that we would make an announcement internally.

Q Dr. Mullinix asked that an announcement be made internally, a formal announcement be made internally of her appointment to the position of director of OTBD, correct?

A I believe so.

Q No announcement was ever made internally, correct?

A I don't think so.

Q Why not?

A The reason for that is, you know, we knew at that time that we were going to be undertaking a recruitment process for the vice president position.

that?

A I have no reason to believe that he was wrong.

Q But it doesn't refresh your recollection that you gave a performance rating to Dr. Mullinix for that year?

A No.

Q What does the rating E signify?

A I believe that would signify exceeds expectations.

Q Is it fair to say that for calendar year 2010, for the portion of that year that Dr. Mullinix reported to you, her performance exceeded your expectations?

A Yes.

Q Is it fair to say that that was also true for the period of January through May of 2011 when Dr. Mullinix reported to you directly?

A Again, I'm not sure about the exact date in terms of the May date, but I would say that using those dates as approximates, I would say yes.

Q So for the period that she

reported to you in 2011 her performance continued to exceed expectations, is that fair to say?

A Yes.

Q Let's take a look at what was previously marked as Exhibit 31 (handing).

A (Perusing document.)

Q Exhibit 31, is this the position specification for the vice president of OTBD position that was used in the search process?

A I'm not positive, but that's what it looks like based on the document that you gave me.

Q You don't have any reason to believe that this was not what was used, is that fair to say?

A I have no reason to believe that it was not.

Q Now, in the creation of that position specification, can you tell me who had input?

A I don't remember all the individuals that had input.

Q Were you one of those

candidate for the vice president position?

MS. PLEVAN: Object to the form.

A Can you repeat the question?

Q From the beginning of the search for the vice president position, approximately the beginning of that search, up until at least the point in time that Dr. Mullinix was formally interviewed at Mount Sinai, was Dr. Mullinix a candidate for the position throughout that entire period?

A I don't recall the specific time line when she might have formally declared herself as a candidate and then the interviews were scheduled, so I just don't have a memory of that time line.

Q Did Mr. McCooe, the executive search lead, ever tell you that Dr. Mullinix had said she didn't want to be a candidate for the position?

A I don't have a recollection of that.

Q Did you ever tell Mr. McCooe not to bother checking Dr. Mullinix's references?

those concerns.

A It's hard to recall specific examples. However, that I have a general memory of a fair number of faculty that were having difficulty in their dealings with Kathy Mullinix and I also have a memory of some of my meetings with her, which I had on a regular basis, in which she was pretty strong, expressed some pretty strong negative opinions about some of our faculty.

Q So as of January 2010 -- 2011, I'm sorry, what faculty had she expressed strong negative opinions on?

A I really can't be accurate on the time line, so when you say as of January, my recollections are not so precise to define a time line and how that time line would relate to that specific date that you alluded to.

Q Let me ask a different question.

As of the date that you made the decision to select Ms. Willey for the position of vice president, had Dr. Mullinix expressed strong negative opinions about any faculty in her meetings with you?

the time line.

Q Who made the decision as to which candidates would progress to the Mount Sinai interview phase?

A My memory is that would generally be Ken Davis and myself.

Q You made joint decisions on that; is that correct?

A Correct.

Q And do you recall how many candidates you interviewed for the vice president position?

A I don't recall the specific number.

Q Looking at Exhibit 50, the e-mail, the first name on the list is John Cantello.

Did you interview Mr. Cantello?

A You know, I don't remember whether we did or not.

Q Other than Ms. Willey and Dr. Mullinix, do you remember the names of any of the other candidates that you interviewed?

A I think we might have interviewed

research institutes.

Q What are the research institutes?

A We have 14 research institutes.

Q Do others who are not actually on the leadership board also typically attend those meetings?

A There are others that typically attend to observe the meeting.

Q Did you at a dean's leadership board meeting during the vice president search process give any kind of a status report to the board about the search for the vice president?

A It's possible that I did, but I have no specific memory of doing that.

Q At any of the dean's leadership board meetings during the search process, did you make a statement to the effect that you were seeking to bring a more youthful approach to the OTBD?

A I have no memory of making that comment.

Q You have no memory one way or the other; is that correct?

A I have no memory one way or the

Charney

other, although I would add to that, I would -- the term "youthful" would not be a comment or characteristic that I would use to define what kind of person we are looking for for a position.

Q Were you trying to bring a more youthful approach to OTBD in the vice president who would be selected for the position?

A That would not be an active characterization of what we were searching for in terms of the person that we wanted to hire for the vice president position.

Q Have you ever asked anybody who typically attended the dean's leadership board meetings back in 2011 whether or not they recalled you making such a statement?

A No.

Q At any point after the interviews, did there come a time when you narrowed the choices for the VP position down to Ms. Willey and Dr. Mullinix as being the two final candidates?

MS. PLEVAN: Object to the form.

A Yes.

Q So does that refresh your recollection that the two-year contract period for Dr. Mullinix would end sometime in July of 2012?

A It doesn't help my specific recollection looking at it now.

All I can do is look at this document and try to make the best legal interpretation of the time frame.

Q Okay.

So sitting here today, do you have any recollection as to when Dr. Mullinix ceased being the director of OTBD?

A I don't have a specific recollection of the dates.

Q If Dr. Mullinix was going to have an extension of her contract beyond the two-year period, the ultimate approval for that had to be given by you, correct?

A The initial recommendation would come from Teri Willey and then if we were going to extend the contract, then I would be involved in the approval process.

Q You would have the final say, correct?

A It wouldn't happen unless I approved.

Q Conversely, if Ms. Willey wanted to put somebody else into the director position and not continue Dr. Mullinix in that position, is that a decision that ultimately had to be approved by you?

A The general process, you know, would be that, not just in the case we're discussing, but as a more general process matter, that the decision making of a leader who was then hiring somebody beneath them that they supervised, that is the responsibility of that person.

So it would be an unusual event where I would intervene in that.

Q Regardless of how unusual it would be for you to intervene, is it fair to say that you still had the final approval for that decision?

A I'm just having a little problem specifically defining the process from a more HR

the deposition resumed with all parties present.)

MR. MAIR: Back on the record.

I don't have any more questions.

MS. PLEVAN: I just have one question.

EXAMINATION

BY MS. PLEVAN:

Q Dr. Charney, you may have been asked about this earlier, but during the period that Dr. Mullinix reported to you or thereafter, did you receive any negative comments about Dr. Mullinix from members of the faculty?

A As I think I mentioned in response to your questions, while I can't remember the specific instances, that was one issue that was problematic in terms of faculty complaints about the interaction with Dr. Mullinix.

Q And do you have any other recollections about those complaints, what the nature of the issues were?

Charney

rational.

MR. MAIR: I don't have any further questions.

MS. PLEVAN: I have no further questions.

(Whereupon, at 4:18 p.m., the deposition was concluded.)

DENNIS STUART CHARNEY

Subscribed and sworn to

before me

this 14 day of January 2014.

NOTARY PUBLIC

MICHELLE T. JOHNSON
Notary Public, State of New York
No. 01JO6221958
Qualified in Richmond County
Term Expires May 10, 2014

C E R T I F I C A T E

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

I, MARGARET M. HARRIS, a Shorthand (Stenotype) Reporter and Notary Public of the State of New York, do hereby certify that the foregoing Deposition, of the witness, DENNIS STUART CHARNEY, taken at the time and place aforesaid, is a true and correct transcription of my shorthand notes.

I further certify that I am neither counsel for nor related to any party to said action, nor in any wise interested in the result or outcome thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of October, 2013.

MARGARET M. HARRIS