Plevan Decl.,

Ex. # 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -x
KATHLEEN MULLINIX, :

Plaintiff, :

:
-against- Index No.
12 Civ. 8659 (PKC)

MOUNT SINAI SCHOOL OF MEDICINE,
:
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION of SEAN McCOOE, taken by Plaintiff, held at the offices of Kaiser Saurborn & Mair, P.C., 111 Broadway, 18th Floor, New York, New York 10006, on Wednesday, October 16, 2013, commencing at 10:10 a.m., before Annette Forbes, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

McCooe

stamped McCooe 2467 and 2468.

(Two-page email Bates stamped McCooe 2467 and 2468 was marked as Plaintiff's Exhibit 66 for identification, as of this date.)

BY MR. MAIR:

Q (Handing.)

A (Perusing document.)

Q This contains an email at the top of the string from Ms. Lavin to you, correct?

A It does.

Q Beneath that is an email from Dr. Mullinix to Dean Charney, in which you were CC'd.

Do you see that?

A I do.

Q And in the top section in the email from Ms. Lavin to you, Ms. Lavin says, quote, "So put her on status or discuss with Jeff/Dennis re: her candidacy? I didn't think they were interested in her for the VP role," close quote.

Do you see that?

A I do.

McCooe

Q Did either Dean Charney or Mr. Silberstein say to you prior to December 22, 2010 that they were not interested in Dr. Mullinix for the VP role?

A I believe in discussion with their MON candidate, after interviewing, that they said they are not interested in her because she's not interested in them.

MR. MAIR: Can you read that back, please?

(Whereupon, the record was read back by the reporter.)

Q After what point in time is it that Mr. Silberstein and Mr. Charney said they were not interested in Dr. Mullinix as a candidate?

MR. MUFSON: Objection.

Q You can answer.

A After she was interviewed and expressed no interest in working at the VP search.

Q After she was interviewed by whom?

A By Sean McCooe.

Q You are referring to yourself in

McCooe

This was your status report for the vice president search as of October 28, 2010, correct?
A Yes, sir.
Q And you list candidates under consideration, correct?
A Yes.
Q And you also list candidates off limits, correct?
A Yes.
Q And you list candidates no longer under consideration, correct?
A Yes.
Q Beginning on Page D 815?
A Yes.
Q And Dr. Mullinix's name doesn't appear anywhere on this status report, correct?
A Yes.
Q Why is that?
A She was an internal candidate and it was known that she was a candidate.
Q And, therefore, there was no need to put her on the status report, is that your testimony?

A Correct.
Q Is it your practice not to put internal candidates on status reports that you generate in your searches?
A Yes.
Q Why is that?
A It's a known quantity that we are interviewing people internally and they don't appear on all status reports, because this is a presentation of research that's new versus an existing person who is internal to the process and internal to the client.
Q So that's your practice?
A Yes.
Q Does that exclude internal candidates from status reports?
A Right.
Q I'm going to show you what was previously marked as Exhibit 38.
A Right.
Q This is an email dated January 28th, together with an enclosure Bates stamped D 740 through 751.
A Yes.