UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KATHLEEN MULLINIX

                Plaintiff,

  -against-

MOUNT SINAI SCHOOL OF MEDICINE,

                Defendant.

------------------------------------------------------------ x

No. 12 Civ. 8659 (PKC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Defendant's Motion for Partial Reargument and Reconsideration dated August 7, 2014 and all prior proceedings in this action, Defendant will move this Court, before the Honorable P. Kevin Castel, at the United States Court House, 500 Pearl Street, New York, NY 10007, at a date and a time to be set by the Court, for Reconsideration and/or Reargument of the Court's July 24, 2014 Order denying in part Defendant's Motion for Summary Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York.

Dated: New York, New York
        August 7, 2014

                                          PROSKAUER ROSE LLP

                                  By: /s/ *Bettina B. Plevan*
                                          Bettina B. Plevan
                                          Harris M. Mufson
                                          Eleven Times Square
                                          New York, New York 10036
                                          (212) 969-3000
                                          *Attorneys for Defendant*

TO:  David N. Mair
       Kaiser Saurborn & Mair, P.C.
       111 Broadway, 18th Floor
       New York, New York 10006

(212) 338-9100
*Attorneys for Plaintiff*