KAISER SAURBORN & MAIR, P.C.
COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

March 11, 2015

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street.
New York, New York 10007

**Re: Kathleen Mullinix v. Mount Sinai School of Medicine
12 Civ. 8659 (PKC)**

Dear Judge Castel:

We represent the Plaintiff, Kathleen Mullinix, in the above-referenced action. Pursuant to the Court's order dated March 10, 2015, I write on behalf of both parties to update the Court on the status of the filing of the stipulation of dismissal.

The parties have exchanged drafts of a settlement agreement and are confident that the parties will reach agreement on all of the terms. However, because of the travel schedule of counsel for both parties the agreement has not yet been finalized. The parties anticipate being in a position to file the stipulation of dismissal on or before March 18, 2015.

Respectfully Submitted,

/S/

David N. Mair

cc: Bettina B. Plevan, Esq. (By email)
Harris M. Mufson, Esq. (By email)