Castel, K.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3-18-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN MULLINIX,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNT SINAI SCHOOL OF MEDICINE.<br><br>Defendant. | Civil Action No. 12 Civ. 8659 (PKC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Kathleen Mullinix and Defendant Icahn School of Medicine at Mount Sinai, incorrectly sued herein as Mount Sinai School of Medicine, that the above-captioned action be dismissed against Defendant, with prejudice, and with no court award of attorneys' fees, costs and/or disbursements to any side.

Dated: March 17, 2015
New York, New York

All motions are terminated. Trial date is vacated.

FOR PLAINTIFF:

[signature]

David Mair, Esq.
Kaiser Saurborn & Mair, PC
111 Broadway, 18th Floor
New York, NY 10006
(212) 338-9100

FOR DEFENDANT:

Bettina B. Plevan

Bettina B. Plevan, Esq.
Harris M. Mufson, Esq.
Proskauer Rose, LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000

So Ordered this 18th day of March, 2015

[signature]

HON. P. KEVIN CASTEL
United States District Judge